Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff Brett DeSalvo and Proposed Class*

Carolina A. Schwalbach, SBN 280783
**CAROTHERS DISANTE & FREUDENBERGER, LLP**
707 Wilshire Boulevard, Suite 5150
Los Angeles, California 90017
Telephone: (213) 612-6300

Oliver D. Frey, Ohio SBN 0098479 (*Pro Hac Vice to be Filed*)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, Ohio 43215

*Attorneys for Defendant The Men's Wearhouse, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MEN'S WEARHOUSE, a Texas corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00183-ODW-AGR<br><br>*Assigned for all purposes to Hon. Otis D. Wright II*<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brett DeSalvo ("Plaintiff"), and Defendant The Men's Wearhouse, Inc. ("Defendant"), stipulate and jointly request that this Court enter a dismissal without prejudice in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: October 16, 2020                Respectfully submitted,

                                                WILSHIRE LAW FIRM

By: */s/ Thiago M. Coelho*
     Thiago M. Coelho
     *Attorney for Plaintiff and*
     *Proposed Class*

DATED: October 16, 2020

**CAROTHERS DISANTE & FREUDENBERGER, LLP**

By: _____
     Carolina A. Schwalbach
     *Attorney for Defendant*